UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLIFTON BADEAUX | CIVIL ACTION |
| VERSUS | NO. |
| EYMARD BROTHERS TOWING COMPANY, INC., AMERICAN RIVER TRANSPORTATION CO., LLC and ARCHER-DANIELS-MIDLAND COMPANY | SECTION: |

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff CLIFTON BADEAUX, a person of full age of majority and a resident of the Parish of Lafourche, State of Louisiana, and for his Complaint, he respectfully avers as follows

1.

This Honorable Court has jurisdiction over this matter pursuant to the Merchant Marine Act, modified and commonly known as the Jones Act, 46 U.S.C. Appx. § 688 (now 46 U.S.C. § 30104), and pursuant to the General Maritime Law of the United States of America, and he brings this suit pursuant to the “savings to suitors” clause of the United States Constitution.

2.

Made defendants herein are:

1. EYMARD BROTHERS TOWING COMPANY, INC., on information and belief, is a Louisiana corporation authorized to do and doing business within the State of Louisiana and jurisdiction of this Honorable Court, who at all times herein was the owner, owner *pro hac vice*, and/or operator of the M/V PEARL C. EYMARD.

2. AMERICAN RIVER TRANSPORTATION CO., LLC, on information and belief, is a foreign limited liability company authorized to do and doing business within the State of Louisiana and jurisdiction of this Honorable Court, who at all times herein was the owner, owner *pro hac vice*, and/or operator of a dock/spar barge located at their fleet facility on the eastbank of the Lower Mississippi River just below the Luling Bridge in St. Charles Parish. At all times pertinent hereto, AMERICAN RIVER TRANSPORTATION CO., LLC was a subsidiary of the ARCHER-DANIELS-MIDLAND COMPANY.
3. The ARCHER-DANIELS-MIDLAND COMPANY, on information and belief, is a foreign corporation authorized to do and doing business within the State of Louisiana and jurisdiction of this Honorable Court, and at all times herein, was the owner, owner *pro hac vice*, and/or operator of a dock/spar barge located at their fleet facility on the eastbank of the Lower Mississippi River just below the Luling Bridge in St. Charles Parish.

3.

Plaintiff, CLIFTON BADEAUX, was at all pertinent times an employee of defendant, EYMARD BROTHERS TOWING COMPANY, INC. and a member of the crew of the M/V PEARL C. EYMARD, a vessel owned and operated by the defendant, EYMARD BROTHERS TOWING COMPANY, INC., performing his duties as a seaman aboard said vessel, working in the interest of said defendant, which defendant is liable unto him under the admiralty law known as the Merchant Marine Act, modified and commonly known as the Jones Act, 46 U.S.C. Appx. § 688 (now 46 U.S.C. § 30104), and pursuant to the General Maritime Law of the United States

of America, and he brings this suit pursuant to the "savings to suitors" clause of the United States Constitution.

4.

On or about January 3, 2019, or a date more certain to the defendants, plaintiff was employed as a crewmember of the M/V PEARL C. EYMARD, which vessel was located on the Lower Mississippi River just below the Luling Bridge at the ARTCO fleet in St. Charles Parish. On that date, plaintiff arrived at the ARTCO fleet to board the M/V PEARL C. EYMARD which was moored to one of the spar barges being utilized as a dock and comprising the fleet facility. In order to board the vessel, plaintiff had to traverse these spar barges. Upon information and belief, this facility was owned and operated by defendants, AMERICAN RIVER TRANSPORTATION CO., LLC and its parent company, the ARCHER-DANIELS-MIDLAND COMPANY.

5.

In the course of attempting to traverse the spar barges and board the vessel, suddenly and without warning and due to the negligence of the defendants, plaintiff was caused to sustain severe and disabling injuries as described herein when he fell while attempting to board the vessel.

6.

Plaintiff was in no manner negligent. On information and belief, plaintiff alleges that the sole and proximate cause of his injuries, as described herein, was the negligence and/or failure of the defendants, and their servants and/or agents, in carrying out their obligations and duties, individually and concurrently, in the following respects:

1. Failing to provide plaintiff with a safe place to work;

2. Failing to provide plaintiff with the proper equipment and/or personnel to accomplish his job in a reasonably safe manner;

3. Failing to warn the plaintiff of an existing unsafe condition;

4. Failing to exercise reasonable care in discovering and correcting any and all unsafe conditions on the spar barges owned and/or operated by the defendants;

5. Failing to warn plaintiff of the dangerous and unsafe conditions of the boarding area;

6. Breach of legally imposed duties of reasonable care owed by the defendant(s) to the plaintiff;

7. Failing to provide a gangway for boarding;

8. Failing to provide a safe spar barge or dock area from which to board the M/V PEARL C. EYMARD;

9. Failing to have an adequately non-skid surface on the spar barge or dock;

10. Failing to keep the spar barge or dock area free from grain dust and/or other impurities which increased the risk of slipping and falling while traversing the spar barge or dock;

11. Other acts of negligence and possible conditions of unseaworthiness to be proven at the trial of this case.

7.

Solely by reason of the negligence of the defendants and other acts and inactions described herein, plaintiff sustained serious injuries including but not limited to injury to his lumbar spine and other body parts. As a result, plaintiff has in the past and will in the future require medicines, medical care and treatment, have to expend funds and incur monetary obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations. He has also in the past and will in the future, lose wages and/or have a diminution of earning capacity and endure pain and suffering as well as loss of enjoyment of life as a result of his accident and injuries.

8.

As a direct and proximate result of the aforesaid negligence and breach of duties on the part of the defendants herein, plaintiff has suffered injuries and damages for which defendants are liable unto him, plus legal interest from the date of occurrence, attorney's fees, and all costs of these proceedings.

9.

Plaintiff repeats and re-alleges all of the foregoing paragraphs with the same force and effect as if herein set forth in full, and in addition thereto alleges he was injured in the course and scope of his employment as a captain onboard the M/V PEARL C. EYMARD and thereby rendered unfit for duty as a seaman from the date of the accident, on or about January 3, 2019.

10.

Pursuant to the General Maritime Laws of the United States of America, EYMARD BROTHERS TOWING COMPANY, INC. owes the absolute and non-delegable duty to provide plaintiff with maintenance and cure benefits from the date of his injury until full recovery.

11.

Thus, EYMARD BROTHERS TOWING COMPANY, INC. is indebted unto the plaintiff for maintenance and cure benefits in the amount of SEVENTY-FIVE ($75.00) DOLLARS per day from January 3, 2019 until he has fully recovered from his injuries, or such amount as he is legally entitled to, together with interest from the date of occurrence, a reasonable attorney's fee and all costs of these proceedings.

12.

In addition, should EYMARD BROTHERS TOWING COMPANY, INC. refuse and/or fail to timely pay plaintiff's maintenance and cure benefits and said refusal/failure to do so on a

timely basis is willful, wanton, arbitrary, capricious and/or otherwise without cause, then EYMARD BROTHERS TOWING COMPANY, INC. is further liable unto the plaintiff for additional compensatory damages in a full and true amount to be determined at the trial of this matter, together with interest from the date of occurrence, a reasonable attorney's fee and all costs of these proceedings and punitive damages pursuant to the Supreme Court of the United States ruling in *Atlantic Sounding Co., Inc. v. Townsend*, 129 S.Ct. 2561 (2009).

WHEREFORE, plaintiff prays that all defendants be served with a copy of this Complaint, and after due proceedings had and the expiration of all legal delays herein:

a) There be a judgment rendered in favor of the plaintiff, CLIFTON BADEAUX, and against defendants, EYMARD BROTHERS TOWING COMPANY, INC., AMERICAN RIVER TRANSPORTATION CO., LLC and its parent company, the ARCHER-DANIELS-MIDLAND COMPANY, for damages in an amount to be determined at trial, together with interest from the date of occurrence until paid, attorney's fees, and all costs;

b) There be a judgment rendered herein in favor of plaintiff and against EYMARD BROTHERS TOWING COMPANY, INC. for maintenance and cure benefits, past, present, and future at a daily rate of SEVENTY-FIVE ($75.00) DOLLARS, plus interest from the date of occurrence, costs and attorney's fees therefore, all in a true sum to be determined at the trial of this case;

c) There be judgment herein in favor of the plaintiff and against EYMARD BROTHERS TOWING COMPANY, INC. for any additional compensatory damages and punitive damages that may be due for EYMARD BROTHERS TOWING COMPANY, INC.'s willful, wanton, arbitrary, capricious, and/or otherwise without cause failure and/or refusal to pay plaintiff's maintenance and cure benefits, in an amount to be determined at trial, together with

interest from the date of occurrence, a reasonable attorney's fee, and all costs of these proceedings;

d) For any and all other relief which the law and justice provide.

Respectfully Submitted,

/s/ Kristi A. Post
Lawrence Blake Jones (7495)
Kristi A. Post (17752) – T.A.
BLAKE JONES LAW FIRM, LLC
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
E-mail: kpost@nola-law.com
*Attorneys for Clifton Badeaux*

**PLEASE SERVE:**

**EYMARD BROTHERS TOWING COMPANY, INC.**
Through their registered agent for service of process:
Gary J. Eymard, Sr.
5009 Eighty Arpent Rd.
Marrero, LA 70072

**AMERICAN RIVER TRANSPORTATION CO., LLC**
Through their registered agent for service of process:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**ARCHER-DANIELS-MIDLAND COMPANY**
Through their registered agent for service of process:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816