UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLIFTON BADEAUX | CIVIL ACTION |
| VERSUS | NO. 19-13427 |
| EYMARD BROTHERS TOWING COMPANY, INC., ET AL. | SECTION "R" (3) |

**AMENDED JUDGMENT**

This matter came before the Court for a non-jury trial on November 8 and 9, 2021. This Court has issued its Findings of Fact and Conclusions of Law,[1] and for the reasons set forth therein, which are incorporated herein and as if stated in full:

IT IS ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of plaintiff, Clifton Badeaux, and against Defendants, Eymard Brothers Towing Company, Inc. ("Eymard"), and American River Transportation Company, LLC ("ARTCO"), in the amount of $728,862.37. Defendants Eymard and ARTCO are equally at fault for plaintiff's damages. Eymard is jointly and severally liable for plaintiff's damages, and ARTCO's liability is limited to its degree of fault. Eymard is entitled to an offset credit

---

[1] R. Doc. 138.

of $9,172.69 for maintenance and cure payments made after plaintiff's date of maximum medical improvement.

Plaintiff is entitled to pre-judgment interest on past damages from the date of judicial demand until the date paid, and he is entitled to post-judgment interest on all remaining damages from the date of judgment until the date paid. Both pre- and post-judgment interest is to be calculated at a 0.20 percent per annum rate.

IT IS FURTHER ORDERED that Eymard does not owe defense and indemnity to ARTCO or Archer-Daniels-Midland Company ("ADM") for ARTCO's negligence.

IT IS FURTHER ORDERED that, pursuant to Local Rule 54.7, plaintiff owes a filing fee of $400.00. Plaintiff shall send payment to the Clerk's Office immediately.

New Orleans, Louisiana, this 21st day of December, 2021.

Sarah Vance

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE